UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES, | ) |
| | ) Case No.: 1:07CR377 |
| v. | ) |
| | ) |
| YASER K. BUSHNAQ | ) ~~UNDER SEAL~~ |

### ORDER TO UNSEAL

WHEREAS, on September 12, 2007, this Court sealed the indictment, arrest warrant, motion to seal, and order to seal in this case upon a showing by the United States that sealing was necessary to protect an ongoing investigation, but the United States has now moved to unseal those documents on the grounds that the values furthered by maintaining them under seal are outweighed by the values furthered by unsealing them;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the indictment, arrest warrant, motion to seal, and the order to seal - - as well as the government's motion to unseal and this Order to Unseal - - be and hereby are unsealed.

Date: Jan 25, 2008
Alexandria, Virginia

/s/ Liam O'Grady
Liam O'Grady
United States District Judge

I ask for this:

Gordon D. Kromberg
Assistant United States Attorney